**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

KENNETH NEWHOOK,

              Respondent

          v.

ERIE INSURANCE EXCHANGE A/K/A
ERIE INSURANCE COMPANY,

              Petitioner

: No. 478 MAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

      **AND NOW**, this 11th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.